# FLORIDA SUPREME COURT

# NOTICE OF CORRECTION

**DATE:** January 18, 2024

**CASE OF:**   IN RE: AMENDMENTS TO FLORIDA RULES OF CIVIL
PROCEDURE - FORMS 1.996(A) AND 1.996(B)

**DOCKET NO.:** SC2022-1275

**OPINION FILED:**  January 11, 2024

## ATTENTION:  ALL PUBLISHERS

**THE FOLLOWING CORRECTIONS HAVE BEEN MADE IN THE
ABOVE OPINION:**

On p. 5, line 23, a space was added after the word, "in" within
paragraph "2. Lien on Property."

On p. 8, line 14, the misspelled underlined word, "TMELY" was
changed to the underlined word, "TIMELY" in the third paragraph of
the page.

On p. 9, lines 14-15, the bolded text, "(NAME OF LOCAL OR
NEAREST LEGAL AID OFFICE AND TELEPHONE NUMBER)" has
been changed to unbolded text.

**SIGNED:  OPINION CLERK**